# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:15-cr-00005-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | O R D E R |
| ) | |
| ) | |
| JOHN MICHAEL AWTREY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** came for trial and was heard by the undersigned judge without a jury on August 27, 2015.

## WAIVER OF JURY TRIAL

The Defendant John Michael Awtrey has waived his right to a jury trial and the Government has consented. The Court approves this waiver pursuant to Rule 23(c) of the Federal Rules of Criminal Procedure.

## SPECIAL VERDICT

Based on the stipulations of fact presented by the parties, the Court hereby enters a VERDICT OF GUILTY as to Counts One, Two, and Three as set forth in the Bill of Indictment.

**IT IS, THEREFORE, ORDERED** that the Defendant is hereby found **GUILTY** as to Counts One, Two, and Three of the Bill of Indictment.

**IT IS FURTHER ORDERED** that the Defendant is hereby remanded to the custody of the United States Marshals Service.

The Clerk of Court shall provide copies of this Special Verdict to counsel for the Government, counsel for the Defendant, and the United States Marshals Service.

**IT IS SO ORDERED.**

Signed: August 27, 2015

Martin Reidinger
United States District Judge